UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BRANDEN EDWARD SHUMATE,
Petitioner,
v.
KATHLEEN ALLISON,
Respondent.

Case No. 8:22-cv-01876-JLS-SSC

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 the Court has reviewed the petition, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's objections to the Report and Recommendation. The Report and Recommendation recommended that the *Rhines* stay be lifted and the so called mixed petition be dismissed unless Petitioner took timely steps to cure the deficiencies during the objection period. (ECF 48 at 1, 15, 16.) Since the Report and Recommendation was issued, Petitioner has filed multiple documents, including an initial set of objections (ECF 54), a quarterly status report (ECF 57), an interim status report (ECF 58), and "Corrected and Consolidated Objections" (ECF 59).

Included among those filings is a copy of a petition for writ of habeas corpus filed with the Supreme Court of California sent by Petitioner on May 28, 2026, and filed in that court on June 5, 2026. (ECF 58 at 3–55.) Petitioner argues that the *Rhines* stay should remain in place "to permit the California Supreme Court exhaustion proceedings to run their course." (ECF 59 at 3.) However, Petitioner admits that the recently filed state petition contains only "some of the claims that remained unexhausted." (ECF 54 at 3.) Indeed, a comparison of the federal petition with the recently filed state petition shows that the former contains grounds absent from the latter. *Compare* ECF 1 (listing grounds 11 through 48 as unexhausted) *and* ECF 4 (further explaining nature of unexhausted claims) *with* ECF 58 (listing 12 claims including some consolidating multiple federal grounds). Therefore, even after adjudication of the recently filed state petition, the federal petition will remain subject to dismissal as a mixed petition. Nevertheless, the *Rhines* stay will remain in place through adjudication of the newly filed state petition to allow exhaustion of some additional claims. At that time, assuming the balance of Petitioner's federal claims remain unexhausted, he must select one of the two choices offered in the Report and Recommendation (ECF 48 at 16), or risk dismissal of the entire petition by the court.

As for Petitioner's objections, they repeat many of the circumstances offered in Petitioner's consolidated motion requesting not only to be excused from exhaustion but also to halt the prison's monitoring of Petitioner's phone calls and mail, to permit discovery, and for release from custody pending resolution of his petition (ECF 41). For the reasons stated in the Report and Recommendation, the Court

rejects these excuses, DENIES the consolidated motion (ECF 41), and overrules the objections.

Petitioner is reminded of his obligation to inform the court immediately when the Supreme Court of California has ruled on his petition, and separately to file quarterly status reports. (ECF 7 at 2.)

DATED: August 26, 2026

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE